UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO BURNETT,

    Plaintiff,

v.

Case No. 23-cv-12087
Hon. Matthew F. Leitman

WAL-MART STORES EAST, LP, et al.,

    Defendants.

_____/

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO REMAND (ECF No. 10)

On April 1, 2024, the Court held a hearing on Plaintiff's Motion for Leave to Amend the Complaint and for Remand. (*See* Mot., ECF No. 11.) For the reasons explained on the record, the motion is **GRANTED**. Plaintiff shall file the Amended Complaint by not later than April 3, 2024. Upon the filing of the Amended Complaint, the Court will enter a separate order remanding this action to the Livingston County Circuit Court.

    **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126